```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 14681
   VICTOR L HUNT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-3231


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/07/2008 and was not confirmed.

     The case was dismissed without confirmation 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------------
CONSOLIDATED RESORTS INC  SECURED         22491.00          .00              .00
CONSOLIDATED RESORTS INC  UNSECURED       NOT FILED         .00              .00
AFFILIATED RADIOLOGISTS   UNSECURED       NOT FILED         .00              .00
ASSOCIATED CREDIT SERVIC  UNSECURED       NOT FILED         .00              .00
CITY OF CHICAGO PARKING   UNSECURED        7747.50          .00              .00
BANK OF AMERICA           UNSECURED       NOT FILED         .00              .00
CLIENT SERVICES           UNSECURED       NOT FILED         .00              .00
COLLMASTERS               UNSECURED       NOT FILED         .00              .00
CREDIT MANAGEMENT SVC     UNSECURED       NOT FILED         .00              .00
ILLINOIS DEPARTMENT OF E  UNSECURED        3413.14          .00              .00
LOYOLA UNIVERSITY PHY NS  UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY PHY NS  UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY PHY NS  UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY PHY NS  UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY PHY NS  UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY PHY NS  UNSECURED       NOT FILED         .00              .00
METROPOLITAN BANK         UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY HEALTH  UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY HEALTH  UNSECURED       NOT FILED         .00              .00
LOYOLA UNIVERSITY HEALTH  UNSECURED       NOT FILED         .00              .00
NATIONWIDE CREDIT & COLL  UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY MED CENT  UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY MED CENT  UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY           UNSECURED       NOT FILED         .00              .00
RUSH UNIVERSITY           UNSECURED       NOT FILED         .00              .00
COMMONWEALTH EDISON       UNSECURED            .00          .00              .00
TRANSWORLD SYSTEMS        NOTICE ONLY     NOT FILED         .00              .00
ROUNDUP FUNDING LLC       UNSECURED       14909.89          .00              .00
ROUNDUP FUNDING LLC       UNSECURED          89.75          .00              .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT    324.00           .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,500.00                            .00
```

```
TOM VAUGHN                    TRUSTEE                                         .00
DEBTOR REFUND                 REFUND                                          .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS                DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                     .00
                              ---------------         ---------------
TOTALS                                    .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 11/19/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 14681 VICTOR L HUNT